IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONI NUNN

    Plaintiff,

v.                                                  Case No. 1:26-cv-03514-WMR-JEM

CONYERS FAMILY DENTAL
CENTER, LLC D/B/A CONYERS
DENTURE & IMPLANT CENTER, a
Domestic Limited Liability Company,

    Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Conyers Family Dental Center, LLLC D/B/A Conyers Denture & Implant Center ("Defendant"), by and through its undersigned counsel of record, pursuant to Local Rule 3.3(A) and Fed. R. Civ. P. 7.1, hereby submits the Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A. Conyers Family Dental Center, LLLC D/B/A Conyers Denture & Implant Center -Defendant

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

A. None

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

A. Anthony J. Hall, Esq. – Counsel for Plaintiff

B. Jordan P. Rose, Esq. – Counsel for Plaintiff

C. THE LEACH FIRM, P.A.– Counsel for Plaintiff

D. Ian E. Smith, Esq. – Counsel for Defendant

E. SPIRE LAW, PLLC – Counsel for Defendant

Dated this 30th day of July, 2026.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By:*/s/ Ian E. Smith, Esq.*
    Ian E. Smith, Esq.
    Georgia Bar No. 661492
    ian@spirelawfirm.com
    filings@spirelawfirm.com
    *Attorneys for Defendants*

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Book Antigua and a point size of 13.

*/s/ Ian E. Smith, Esq.*
Ian E. Smith, Esq.
Georgia Bar No. 661492

## CERTIFICATE OF SERVICE

I hereby certify that on this  30th day of January 2026, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of District Court, Northern District of Georgia via the Court Clerk's CM/ECF which will send a notice of electronic filing to all counsel of record.

*/s/ Ian E. Smith, Esq.*
Ian E. Smith, Esq.
Georgia Bar No. 661492

3