IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONI NUNN,

   Plaintiff,

v.

CONYERS FAMILY DENTAL
CENTER, LLC,

   Defendant.

CIVIL ACTION FILE
NO. 1:26-CV-03514-WMR-JEM

## ORDER

Pending before the Court is Defendant's motion seeking a 30-day extension of time to answer the complaint. (Doc. 4.) Defendant states that its counsel attempted to confer with counsel for Plaintiff regarding this motion, but did not receive a response from Plaintiff prior to filing. (*Id*.) Though Plaintiff has not expressly consented, the Court nevertheless finds good cause for Defendant's request, particularly given its representation that its counsel was only recently retained, and counsel seeks time to fully review and investigate the claims, as well as determine if an early, amicable resolution is possible. (*Id*.)

Accordingly, Defendant's motion, (Doc. 4), is **GRANTED**. Defendant shall have until **August 31, 2026**, to answer or otherwise respond to the complaint.

**SO ORDERED** July 31, 2026.

_____
J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE